# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, *et al.*, | CV 07-03239-TJH(RNBx) |
| Petitioners, | consolidated w/ |
| | SA CV 11-01287-TJH(RNBx) |
| v. | Order |
| TIMOTHY S. ROBBINS, *et al.*, | and |
| Respondents. | Preliminary Injunction |
| | [232] |

    The Court has considered Petitioners' motion for a preliminary injunction, together with the moving and opposing papers.

    It is Ordered that the motion be, and hereby is, Granted.

    The Court finds that Petitioners have demonstrated a substantial likelihood of success on the merits, that they will suffer irreparable injury in the absence of a preliminary injunction, and that the balance of hardships tip sharply in their favor.

    It is further Ordered that Respondents and their agents, employees, assigns, and all those acting in concert with them, are preliminarily enjoined as follows:

1. Within thirty days of the date of this order, Respondents shall identify all members of the Section 1225(b) and Section 1226(c) Subclasses and provide each of them with a bond hearing before an Immigration Judge with power to grant their release. The Immigration Judge shall release each Subclass member on reasonable conditions of supervision, including electronic monitoring if necessary, unless the government shows by clear and convincing evidence that continued detention is justified based on his or her danger to the community or risk of flight.

2. The bond hearings shall be recorded, so that transcriptions will be available in the event of any appeal.

3. Within thirty days of the date of this Order, Respondents shall develop a system to timely identify all future Subclass members and ensure that they receive such bond hearings.

Date: September 13, 2012

*Terry J. Hatter, Jr.*
Terry J. Hatter, Jr.
Senior United States District Judge